UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  08-22071-CIV-MORENO

DENIS RUENES RAMOS,

       Plaintiff,

vs.

WALTER McNEIL,

       Defendant.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE came before the Court upon Plaintiff's Motion for Certificate of Appealability

**(D.E. No. 30)**, filed on **August 03, 2009**.

Appellant's motion for a certificate of appealability is DENIED because appellant has failed

to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this / / day of October, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Clerk's Office Appeals Section

Counsel of Record